UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC.,

        Plaintiff,                      CIVIL ACTION NO. 11-15661

      v.                               DISTRICT JUDGE MARK A. GOLDSMITH

MOBI LINK, et. al,                    MAGISTRATE JUDGE MARK A. RANDON

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (DKT. 20)**

Before the Court is Plaintiff Coach, Inc.'s ("Plaintiff") motion to compel answers to discovery from Defendant Mohamed Rizwan ("Rizwan") (Dkt. No. 20). Rizwan did not file a written response to Plaintiff's motion with the Court. Pursuant to E.D. Mich. LR 7.1(f)(2) the Court finds that oral argument will not significantly aid the decisional process, therefore, this matter will be decided without oral argument. Having reviewed Plaintiff's motion and otherwise being fully advised;

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**. Rizwan is hereby ordered to produce the following documents to Plaintiff on or before **DECEMBER 14, 2012**:

    All corporate governance documents related to Capital Enterprises LLC, including but not limited to its articles of incorporation, articles of organization, bylaws, partnership agreement(s), operating agreement(s), certificate(s), license(s), annual and other periodic reports, resolutions, and all amendments thereto.

    All documents that constitute, contain, evidence, or mention any insurance policy through which you are or have been insured to any degree, and in any amount, for liability arising from any claim alleged in the Complaint.

    All documents that constitute, contain, evidence, or mention any insurance policy through which Capital Enterprises LLC is or has been insured to any degree, and in any amount, for liability arising from any claim alleged in the Complaint.

With respect to all persons employed by you and/or Capital Enterprises LLC from January 1, 2008 to the present, produce all documents or things reflecting each employee's total hours worked, full name, contact information, wages earned, and position.

All documents pertaining to any corporation, partnership, or limited liability company that you have or have held any ownership interest in since January 1, 2008, including but not limited to any articles of incorporation, articles of organization, bylaws, partnership agreement(s), operating agreement(s), certificate(s), license(s), annual and other periodic reports, resolutions, and all amendments thereto.

If any of the above requested documents do not exist, then Rizwan must respond to Plaintiff – in writing – that the documents do not exist. If Rizwan does possess any of the documents described above, then they must be turned over to Plaintiff. Rizwan is cautioned that any further failure to provide the documents described above to Plaintiff by December 14, 2012 may subject him to monetary sanctions or the entry of a default judgment against him.

**SO ORDERED**.

                                                s/Mark A. Randon
                                                Mark A. Randon
                                                United States Magistrate Judge

Dated: November 29, 2012

*Certificate of Service*

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 29, 2012, electronically and/or by U.S. Mail.

                                                *s/Melody R. Miles*
                                                *Case Manager to Magistrate Judge Mark A. Randon*
                                                *(313) 234-5542*

Copy mailed to:

Mohamed Rizwan
1757 Pine Creek Circle
Haslett, MI 48840